158 A.3d 63

COMMONWEALTH of Pennsylvania, Respondent

v.

Tony BURTON, Petitioner

No. 17 EM 2016

Supreme Court of Pennsylvania.

March 31, 2016

## ORDER

PER CURIAM

**AND NOW,** this 31st day of March, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Petition for Appointment of New Counsel are **GRANTED.**

This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, which is directed to appoint new counsel within 45 days. A Petition for Allowance of Appeal shall be filed within 30 days of new counsel's appointment.